UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In Re:

                                                                                 CASE NO.: 8-22-71813-ast

Grace Y Bocklage
fka Grace Yvonne Klein                                      CHAPTER: 7
fka Yvonne Kleine,

                                Debtor(s).
-------------------------------------------------------X

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

**UPON** consideration of the application of SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Cabana Series IV Trust (together with any successor and/or assigns, "Movant"), dated September 6, 2022, came before the Court, for relief from the automatic stay with respect to the property known 407 Middle Rd, Bayport, NY 11705-1905 aka 407 Middle Rd, Bayport, NY 11705 (the "Property"). This Court, having considered the evidence presented and the arguments of the parties, and with good cause appearing therefore, it is hereby

**ORDERED,** that the automatic stay in effect pursuant to 11 U.S.C. § 362(a), is hereby vacated pursuant to 11 U.S.C. §§ 362(d)(1)-(2) to permit Movant to exercise all its rights available to it under applicable state law to exercise its remedies against the Property; and it is further

**ORDERED**, that the Chapter 7 Trustee shall be served with a copy of the referee's report of sale within **thirty (30) days** of the report [*if applicable*], and shall be noticed with any surplus monies realized from the sale of the Property; and it is further

**ORDERED** that all other relief sought in the Motion is denied.

Dated: December 20, 2022
Central Islip, New York



_____
Alan S. Trust
Chief United States Bankruptcy Judge